Christopher L. BILBREY, Appellant,

v.

UNITED STATES DEPARTMENT OF THE AIR FORCE; F. Whitten Peters, Individually and as Secretary, Department of the Air Force, Pentagon, Washington, D.C.; David R. Stinson, Deputy Director, Communications and Information Systems Headquarters Air Combat Command; Don W. Fox, Deputy General Counsel (Fiscal, Ethics and Civilian Personnel), Appellees.

No. 01–1789.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 12, 2001.

Filed Oct. 16, 2001.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Before WOLLMAN, Chief Judge,
BOWMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Christopher L. Bilbrey filed this action seeking unredacted copies of documents he received from the United States Air Force (USAF) as a result of his request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. The district court[1] granted summary judgment to the USAF in part and to Bilbrey in part, concluding that redactions in one document were proper, but ordering the USAF to provide Bilbrey with nearly all of the redacted portions of a second document. Bilbrey appeals.

After careful de novo review of the record, including unredacted copies of the documents at issue, we conclude that the redacted material is both predecisional and deliberative, and therefore, exempt from disclosure under FOIA exemption 5. *See Shorr v. United States Army Corp of Eng'rs*, 147 F.3d 708, 710 (8th Cir.1998) (exemption 5 permits nondisclosure of inter- or intra-agency memorandum which is both predecisional and deliberative).

Accordingly, we affirm.

---

1. The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri.